Samuel **RATNER**, Petitioner-Appellant,

v.

Robert K. **WEDDLE**, Jailer, Los Angeles County Jail, Respondent-Appellee.

No. 23230.

United States Court of Appeals,
Ninth Circuit.

Feb. 12, 1970.

Burton C. Jacobson (argued), of Atkins & Jacobson, Beverly Hills, Cal., for appellant.

Robert Lederman (argued), Wood, Deputy Dist. Attys., Evelle J. Younger, Dist. Atty., Los Angeles County, Los Angeles, Cal., for appellee.

Before BARNES, CARTER, and WRIGHT, Circuit Judges.

PER CURIAM:

The case is affirmed on the opinion of Judge Gray of the district court, Ratner v. Weddle, 307 F.Supp. 471 (decided April 19, 1968).

The contentions of petitioner are governed by Mishkin v. State of N. Y., 383 U.S. 502, 86 S.Ct. 958, 16 L.Ed.2d 56 (1966).

■

Bobby Frank **CANNON**, Appellant,

v.

**UNITED STATES** of America, Appellee.

No. 24887.

United States Court of Appeals,
Ninth Circuit.

Feb. 17, 1970.

David S. Kaplan (argued), Sacramento, Cal., for appellant.

Richard Michols (argued), Asst. U. S. Atty., Sacramento, Cal., for appellee.

Before CHAMBERS, JERTBERG and TRASK, Circuit Judges.

PER CURIAM:

Herein on appeal, inter alia, it is contended in this bank robbery case tried without a jury that there was an issue of insanity below (and the government failed to sustain its burden of proof), that there was a lineup violating United States v. Wade, 388 U.S. 218, 87 S.Ct. 1926, 18 L.Ed. 1149, and that there was ineffective assistance of counsel.

After examination of the record, we conclude the judgment should be affirmed. And, it is so ordered. Here, appointed counsel has made an unusually competent presentation of the points he had available.